In the Matter of FREDERICK C. KRONMILLER, Appellant. MELVIN MARRIOTT, Respondent.— Motion for instructions, etc., denied; motion to dismiss appeal granted and appeal dismissed, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN TOKUS, Appellant.— Motion to appeal on original record and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

In the Matter of LUCY G. KINSELLA.— Appeal by Welch and Welch dismissed, without costs, upon stipulation.

EDWARD HIGGINS, Plaintiff, v. EDWARD PIDDISE, Defendant.— Appeal dismissed, without costs, upon stipulation.

THOMAS H. SACKETT, Doing Business as SACKETT TILE, MARBLE, STONE & MEMORIAL Co., Appellant-Respondent, v. A. W. HOPEMAN & SONS COMPANY, Respondent-Appellant.— Appeals dismissed, without costs, upon stipulation.

In the Matter of FRED J. STADTMUELLER, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed, without costs, upon stipulation.

DONALD P. REID, Appellant, v. DONALD PALMER et al., Respondents. DELORES REID, Appellant, v. DONALD PALMER et al., Respondents.— Appeals dismissed, without costs, upon stipulation.

NICHOLAS CASTANOS, Plaintiff, v. PUBLIC SERVICE COORDINATED TRANSPORT et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

LORETTA CELLANA, Appellant, v. DONALD F. HAYES, Respondent.— Appeal dismissed, without costs, upon stipulation.

RUTH C. ROSEN et al., as Executors and Trustees under the Will of RALPH CHASHIN, Deceased, Appellants, v. T. C. BAER et al., Respondents. (And 3 Other Actions.) — Motion granted and appeals dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD FUGATE, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. MATTHEWS, Appellant.— Motion to withdraw appeal **granted.**